IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD TAYLOR,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:24-CV-01093-JDW |
| **BALFOUR BEATTY INVESTMENTS, INC.,** **BALFOUR BEATTY COMMUNITIES, LLC,** **BALFOUR BEATTY MILITARY HOUSING MANAGEMENT LLC,** | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

And now, this 15th day of July 2024, it is hereby stipulated by and between the parties that the above-referenced matter filed by Plaintiff, Richard Taylor, against Defendants Balfour Beatty Investments, Inc., Balfour Beatty Communities, LLC, and Balfour Beatty Military Housing Management LLC, is hereby voluntarily dismissed with prejudice. Plaintiff will file a Complaint with the American Arbitration Association within thirty (30) days from the date of this Order, which will be deemed filed as of the date of Plaintiff's initial filing in this Court.

| | |
|---|---|
| */s/ Jennifer C. Bell* | */s/ Jonathan R. Cavalier* |
| Jennifer C. Bell, Esq. | Jonathan R. Cavalier, Esq. |
| Christopher A. Macey, Jr., Esq. | Jason S. Kaner, Esq. |
| Bell & Bell LLP | 1601 Cherry Street, Suite 1350 |
| One Penn Center | Philadelphia, PA 19102 |
| 1617 JFK Blvd. Suite 1254 | |
| Philadelphia, PA 19103 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

DATED: July 16, 2024

BY: /s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.